# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DEDRICK BRIGANCE**  **PLAINTIFF**
**#268677**

V.                NO. 4:23-cv-00927-KGB-ERE

**DOE**, *et al.*                **DEFENDANTS**

## ORDER

*Pro se* plaintiff Dedrick Brigance has filed: (1) a motion to compel Defendants to fully respond to his discovery requests; (2) a motion for the appointment of counsel; and (3) a motion to produce. *Docs. 44, 45, 47.*

1. **Motion to Compel**

All merits-based discovery is currently stayed. *Doc. 39*. Accordingly, Mr. Brigance's motion to compel is denied as premature. Furthermore, based on a review of Defendants' discovery responses at issue, the responses appear to be consistent with the requirements of discovery rules. See Fed. R. Civ. P. 26, 33.

2. **Motion for the Appointment of Counsel**

Mr. Brigance's pending motion for the appointment of counsel is denied for reasons previously stated. *Doc. 34*.

3. **Motion to Produce**

In his motion to produce, Mr. Brigance requests that the Court order Defendants to provide him a copy of the ADC policy concerning classification. Mr.

Brigance's motion is essentially a discovery request. The Court previously instructed Mr. Brigance that discovery requests were not to be filed with the Court. Instead, discovery requests should be sent directly to counsel for Defendants, Melissa Dugger, Association of Arkansas Counties, 1415 West Third Street, Little Rock, Arkansas 72201. *Doc. 2 at 2*. Finally, as noted, all merit-based discovery is currently stayed. Thus, Mr. Brigance should wait until the stay is lifted to send discovery requests to defense counsel.

IT IS THEREFORE ORDERED THAT:

1. Mr. Brigance's motion to compel *(Doc. 44)* is DENIED.

2. Mr. Brigance's motion for the appointment of counsel *(Doc. 45)* is DENIED, without prejudice.[1]

3. Mr. Brigance's motion to produce *(Doc. 47)* is DENIED.

SO ORDERED 3 June 2024.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] As the case proceeds, the Court will reconsider, on its own, whether counsel should be appointed to assist Mr. Brigance. And if the case is scheduled for trial, the Court will likely appoint counsel to assist Mr. Brigance.