THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEDRICK BRIGANCE**
**ADC #186279**                                                                                          **PLAINTIFF**

**v.**                                    **Case No. 4:23-cv-00927-KGB-ERE**

**DOE,** *et al.*                                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Dedrick Brigance's complaint is dismissed with prejudice.  The relief sought is denied.  The Court

certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken in this action

is considered frivolous and not in good faith.

It is so ordered this 5th day of March, 2026.

_____
Kristine G. Baker
Chief United States District Judge