**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DEDRICK BRIGANCE**
**ADC #186279**                                                                    **PLAINTIFF**

**v.**                                   **Case No. 4:23-cv-00927-KGB**

**DOE,** *et al.*                                                                **DEFENDANTS**

**ORDER**

Before the Court is plaintiff Dedrick Brigance's motion for an extension of time to file a notice of appeal (Dkt. No. 92) and application to proceed in district court without prepaying fees or costs ("IFP Motion") (Dkt. No. 93).

**I.       Motion For Extension**

On March 5, 2026, the Court entered Judgment dismissing Brigance's claims without prejudice (Dkt. No. 90). On April 2, 2026, Brigance filed his motion for an extension of time to file a notice of appeal (Dkt. No. 92). Brigance represented that he needed more time to get his paperwork together, get paperwork from the library, and get papers from an outside source (*Id.*). On April 24, 2026, Brigance's notice of appeal was filed (Dkt. Nos. 94, 95). On May 7, 2026, Brigance filed a document entitled notice of appeal (Dkt. No. 98).

Under Federal Rules of Appellate Procedure Rule 4, a notice of appeal "must be filed with the district clerk within 30 days after the entry of judgment or order appealed from." Fed. R. App. P. 4(a)(1)(A). The district court may extend the time to file a notice of appeal. Fed. R. App. P. 4(a)(5). Brigance filed his motion for an extension of time to file a notice of appeal within 30 days after the entry of judgment in this case.

For good cause shown, the Court grants Brigance's motion to extend the time to file a notice of appeal (Dkt. No. 92). The time to file a notice of appeal is extended by 30 days after the

time prescribed by Rule 4(a) or 14 days after the date of this Order, whichever is later.  Fed. R. App. P. 4(a)(5).

## II.    IFP Motion

United States Magistrate Judge Edie R. Ervin previously granted Brigance leave to proceed *in forma pauperis* in this case (Dkt. No. 14).  Rule 24(a)(3) of the Federal Rules of Appellate Procedure provides, in part, that a party who was permitted to proceed *in forma pauperis* in the District Court action may proceed on appeal *in forma pauperis* without further authorization, unless the district court certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed *in forma pauperis*.  Fed. R. App. Pro. 24(a)(3).

In this case, the Court certified in its Judgment that an *in forma pauperis* appeal taken in this action would be considered frivolous and not in good faith (Dkt. No. 90).  Accordingly, Brigance's IFP Motion is denied by this Court, consistent with the terms of this Order (Dkt. No. 93).

## III.    Conclusion

It is therefore ordered that:

(1)    Brigance's motion to extend the time to file a notice of appeal is granted (Dkt. No. 92).  The time to file a notice of appeal is extended by 30 days after the time prescribed by Rule 4(a) or 14 days after the date of this Order, whichever is later.  Fed. R. App. P. 4(a)(5).

(2)    Brigance's IFP Motion is denied (Dkt. No. 93).

(3)    Within 30 days of this Order's entry date, Brigance must either:

(a)    pay to this Court the $605.00 appellate filing and docketing fees, making his remittance payable to "Clerk, United States District Court" and including: (1) his name, (2) his prison identification number, (3) the case number, and (4) that the remittance is for the appeal of

2

the instant action; or

> (b)      file, with the United States Court of Appeals for the Eighth Circuit, a motion with an attached affidavit that complies with each mandate of Federal Rule of Appellate Procedure 24(a)(1), (5).

(4)      Brigance is directed to file any future documents or pleadings related to his appeal with the United States Court of Appeals for the Eighth Circuit.

It is so ordered this 3rd day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge